USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/27/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALLAN GONZALEZ,

                Defendant.

20 Cr. 78-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

In light of Defendant Allan Gonzalez's consent to receiving a ruling on his application to modify his bail conditions on the papers, as well as the waiver of his right to appear for a hearing, either in person or telephonically, ECF No. 69, and upon review of the submission by Defendant, made on consent of the Government and Pretrial Services, ECF No. 65, it is hereby ORDERED that:

1. The home incarceration provision with location monitoring is DELETED from Defendant's bail conditions.

2. The requirement that Defendant live with his father, Alejandro Gonzalez, Sr., in Rockland County, New York is ADDED as a bail condition.

SO ORDERED.

Dated: March 27, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge