UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA

       -v-

Allan Gonzalez,
             Defendant.
----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

20 Cr. 78 (AT)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2021

Defendant __Allan Gonzalez__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_XX_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

__s/ Allan Gonzalez (jrs)__
Defendant's Signature

__Jill R. Shellow__ (Digitally signed by Jill R. Shellow, Date: 2021.02.08 19:54:45 -05'00')
Defense Counsel's Signature

(Judge may obtain verbal consent on Record and Sign for Defendant)

Allan Gonzalez
Print Defendant's Name

Jill R. Shellow
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

2/16/2021
Date

_____
ANALISA TORRES
United States District Judge