USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/8/2021__

# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

**All Correspondence During COVID Pandemic:**
Post Office Box 612 / Hastings on Hudson, NY 10706

September 7, 2021

**VIA ECF ONLY**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

　　　　RE:　*United States v. Allan Gonzalez*, 20-cr-78 (AT)

Dear Judge Torres:

　　The deadline for filing defense motions in this prosecution is Thursday, September 9, 2021. We are in discussions with the Government about resolving this matter without going to trial. These discussions are on-going. As several co-defendants have already done, I respectfully request that Your Honor extend the deadline for filing motions on behalf of Allan Gonzalez until October 22, 2021. An extension of time will enable us to continue these discussions and hopefully conclude this matter. I have consulted with AUSA Justin Rodriguez, and the Government consents to this request.

　　GRANTED. By **October 22, 2021**, Defendant shall submit any pretrial motions. By **November 19, 2021**, the Government shall submit any opposition. By **December 3, 2021**, Defendant shall file his reply, if any.

　　SO ORDERED.

　　Dated: September 8, 2021
　　　　　New York, New York

_____
ANALISA TORRES
United States District Judge