# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946
15 Chester Avenue / White Plains, NY 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2022

August 23, 2022

**BY EMAIL ONLY**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

      **RE:**   *United States v. Allan Gonzalez*, 20-cr-78 (AT)

Dear Judge Torres:

      I represent Allan Gonzalez, and Your Honor is scheduled to sentence Mr. Gonzalez on September 7, 2022. The deadline for us to submit our sentencing memorandum is tomorrow. I need more time to gather the supporting materials, and I respectfully request that Your Honor extend the deadline until Friday, August 26, 2022. I have consulted with AUSA Justin Rodriguez, and the Government consents to this request so long as the Government's deadline is also extended by two days to September 2, 2022.

      Thank you for your consideration.
.

                              Respectfully submitted,

                              Jill R. Shellow

cc:    AUSA Justin Rodriguez (by email)

GRANTED.

SO ORDERED.

Dated: August 24, 2022
       New York, New York

ANALISA TORRES
United States District Judge