UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALLAN GONZALEZ,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/6/2022_____

20 Cr. 78-8 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The sentencing scheduled in this matter for September 7, 2022, at 1:00 p.m., is ADJOURNED to **September 7, 2022**, at **2:00 p.m.**

       SO ORDERED.

Dated: September 6, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge